1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MIGUEL ANGEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:09-cr-00147-001 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE HEARING; |
| v. | ) ORDER |
| MIGUEL ANGEL LOPEZ, | ) Date: July 13, 2009 |
| Defendant. | ) Time: 9:00 A.M.<br>) Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for June 22, 2009, **may be continued to July 13, 2009 at 9:00 A.M.**

This continuance is requested by counsel for the defendant because she is scheduled to attend an out-of-state training seminar from June 14 through June 27, 2009. At the time the present hearing date was set, counsel was unavailable for court due to recent surgery and the hearing was inadvertently scheduled on a date for which counsel is not available. The July 13, 2009, hearing date requested is the earliest date available for both counsel for plaintiff and counsel for defendant. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 22, 2009
/s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 22, 2009
/s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
MIGUEL ANGEL LOPEZ

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 22, 2009**
/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE